**U.S. Department of Justice**

United States Attorney's Office
District of New Jersey
*Civil Division*

ROBERT FRAZER
UNITED STATES ATTORNEY

*Bridget E. Zarrillo*
Assistant U.S. Attorney

*970 Broad Street, Suite 700*
*Newark, NJ 07102*
*Bridget.Zarrillo@usdoj.gov*

*main: (973) 645-2700*
*direct: (973) 297-2034*

September 16, 2026

**<u>BY ECF</u>**
Honorable Claire C. Cecchi, U.S.D.J.
United States District Court
Martin Luther King Bldg. & U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07102

**Re: *Obando Cachaya v. Warden, et al.*, No. 26-11989 (CCC)**
**Petitioner's Release**

Dear Judge Cecchi:

This Office represents Respondents in this habeas action. We respectfully write to report that U.S. Immigration and Customs Enforcement ("ICE") informed this Office that Petitioner was released from custody at 4:48 p.m. on September 15, 2026.

We therefore respectfully request that the Court close this case and lift all temporary restraints. We thank the Court for its attention to this matter.

Respectfully submitted,

ROBERT FRAZER
United States Attorney

By: *s/ Bridget Zarrillo*
BRIDGET ZARRILLO
Assistant United States Attorney
*Attorneys for Respondents*

SO ORDERED

*s/Claire C. Cecchi*
CLAIRE C. CECCHI, U.S.D.J.

Date: 9/18/2026